**Order entered February 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01068-CR
No. 05-18-01069-CR

**ROBERT HOWARD GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-76425-T & F16-76426-T**

## ORDER

The clerk's record, filed October 31, 2018, shows appellant is indigent and represented by appointed counsel. The reporter's record was due October 30, 2018. When it was not filed, we notified court reporter Trashuna Salaam by postcard dated November 2, 2018 and instructed her to file, by December 2, 2018 (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record. To date, the reporter's record has not been filed and we have had no communication from Ms. Salaam.

We **ORDER** court reporter Trashuna Salaam to file, **WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER**, the complete reporter's record in these appeals. We caution

Ms. Salaam that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeals proceed in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Trashuna Salaam, court reporter; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE